■ JOSEPH GURELL et al., Appellants, v. HORACE GIOIA et al., Constituting the Zoning Board of Appeals of the City of Rochester, Respondents, and JAMES R. HALL et al., Intervenors-Respondents.— Order unanimously reversed and determination of Zoning Board of Appeals annulled, with costs, without prejudice to a reapplication. Memorandum: The evidence presented was insufficient to empower the board to grant a variance. (*Matter of Otto* v. *Steinhilber*, 282 N. Y. 71; *Matter of Crossroads Recreation* v. *Broz*, 4 N Y 2d 39; *Matter of Gerling* v. *Board of Zoning Appeals*, 6 A D 2d 247.) (Appeal from order of Monroe Special Term denying motion of petitioners to annul determination of Zoning Board.) Present Williams, P. J., Bastow, Henry, Noonan and Del Vecchio, JJ.